

E-FILED
Wednesday, 19 September, 2007 02:21:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

SEP 1 9 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-10110 |
| | ) VIO: Title 21, USC § 841(a)(1), 841(b)(1)(A) |
| BRIAN L. BURNSIDE, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about September 11, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**BRIAN L. BURNSIDE,**

knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A True Bill.

s/ Foreperson

(Foreperson)

s/ J. Campbell

RODGER A. HEATON
UNITED STATES ATTORNEY

BWM