## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-10110 |
| ) | |
| BRIAN L. BURNSIDE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Brian Burnside, and his counsel, Thomas Iben, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug convictions:

| Date | Case No. | County | Offense |
|---|---|---|---|
| 4/18/88 | 87-CF-369 | Peoria County | Manufacture/Delivery of Controlled Substance |
| 6/7/90 | 89-CF-665 | Peoria County | Controlled Substance Violation |
| 6/7/90 | 89-CF-664<br>89-CF-694<br>89-CF-666 | Peoria County | Manufacture/Delivery of Look-a-Like Substance, Miscellaneous Controlled Substance |
| 6/7/90 | 90-CF-73 | Peoria County | Possession of Controlled Substance |
| 7/1/94 | 94-CF-238 | Peoria County | Possession of Controlled Substance |
| 5/8/97 | 96-CF-1021 | Peoria County | Distribution of Controlled Substance |
| 7/14/97 | 97-CF-121 | Peoria County | Possession of Controlled Substance |
| 10/30/00 | KX00001957 | St. Paul, MN | Controlled Substance - 2nd Degree Sale |

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


**s/:  BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Thomas Iben, Attorney for the Defendant.

s/:  Kim Ritthaler
Legal Assistant