07-10110

To: The Clerk of the Court,

On Dec 21st 2018 President Donald Trump signed a Bill Making the 2010 Fair Sentencing act Retroactive for the people who were Sentenced before 2010.

I'm one of those people, so could you please direct me to the Lawyer that was given my case to represent me on the FSA issue?

Please send me a Name and phone Number as soon as you possibly can.

Thanks in Advance, and God bless you.

Sincerely, Mr. Brian Burnside Sr. # 13666-026
P.O. Box 1000
FCI
Oxford, WI. 53952

Dated Feb 7th 2019

MR. BRIAN BURNSIDE
#13666-026
Federal Correction Institution
P.O. Box 1000
Oxford, WI 53952

08 FEB 2019 PM 2

13666-026
Clerk of Court
100 NE Monroe ST
Peoria, IL 61602
United States

61602-108899